UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUIT
BRIDGEPORT

CHRISSIE LAFORGE
PLAINTIFF

Docket No:

VS

-BUREAU OF PRISON PARTY OF INTEREST
-COLETTE PETERS PARTY OF INTEREST
-WARDEN DANBURY FEDERAL INSTITUTE
INDIVIDUALLY AND OFFICIAL CAPPACITY
-DR. AMUNDSON INDIVIDUALLY AND
OFFICIAL CAPACITY
-S MOORE INDIVIDUALLY AND OFFICIAL
CAPACITY
-LIEUTENANT FOICEY INDIVICUALLY AND
OFFICIAL CAPACITY
-MR. MISSIONIER SUPERVISOR MAILROOM
INDIVIDIALLY AND OFFICIAL CAPACITY
-MAILROOM STAFF, INDIVIDUALLY AND
OFFICIAL CAPACITY
MR. RAMOS INDIVIDUALLY AND OFFICIAL
CAPACITY
MR. CLARK INDIVIIIIDUALLY AND OFFICIAL CAPACITY
Defendants

## COMPLAINT FOR A CIVIL CASE

I.      DEFENDANTS
**BUREAU OF PRISONS** The Bureau of Prisons was established within the Department of Justice on May 14, 1930 by the United States Congress, and was charged with the "management and regulation of all Federal penal and correctional institutions." Care Custody and control of all Federal Inmate.  Of INTEREST

**COLETTE PETERS**, Director Bureau of Prisons Colette Peters became director of the Bureau of Prisons in August 2022.  After a 20-year career in corrections, she's built a reputation as a reformer – before becoming director, she was credited with shaping Oregon's state prison

system by prioritizing staff mental health support and advocating for the compassionate treatment of inmates She resigned January, 2025. PERSON OF INTEREST.

**DR. AMUNDSON,** is housed at Danbury Federal Prison Ca p.  During a town Hall Meeting she informed us that she is a representative from Central Office and is placed here as "Advocate for Inmates with Grievances".
S. Moore is Camp Administrator as well as Executive Assistant Satellite Operators Administrator.  All Concerns, issues are to be addressed to her via email.  Ms Moore Visits camp at least weekly and has maintained an office at the camp since 2020.

**LIEUTENANT FOICEY** In July she was lieutenant and this was her job duties this quarter who came to camp to make rounds, inspections, searches for contraband, inspects dorms for compliance with policy.  She is present for incidents, reports and as a female officer she escorts f3males to hospital, pat searches strip searches for contraband, but on 7/2/2024 when she went way beyond rules of a "Shake Down".   See job description for lieutenant in corrections

**MR. MISSIONIER** Supervisor Mailroom and Mailroom staff on 7/3/2024.  A **mailroom supervisor in federal prisons** is responsible for the **general operation of a central mail room**, including **examining mail for contraband** using metal detectors and scanning devices[1]. They maintain records of letters mailed by inmates and the itemized content of packages[2]. The supervisor supervises mailroom activities, including sorting and delivering incoming mail, as well as preparing and sending outgoing mail[4].

**MR RAMOS** Case Manager  Case Managers (**Correctional Treatment Specialists**) perform correctional casework in an institutional setting; develop, evaluate, and analyze program needs and other data about inmates; evaluate progress of individual offenders in the institution; coordinate and integrate inmate training programs; develop social histories; evaluate positive and negative aspects in each case situation, and develop release plans.
BOP: Case Manager see job description attached
Mr. Ramos is responsible for setting short term and long-term goals. One of Mr. Ramos's responsibilities is to have inmates meet criteria for First Step Act Time Credit (FSATC) and to make sure that inmates receive benefits from the law.  He coordinates with half way house availability.  According to First Step Act if halfway houses do not have room at their facilities, then they should be place on home confinement. Mr. Ramos is to coordinate all this activity.
MR. RAMOS IS TO FOLLOW THE FIRST STEP ACT   By allowing inmates to go to halfway homes up to 18 months prior to probation.  That is not the case with Mr. Ramos and Danbury Federal Prison Camp

**MR. CLARK** FSL/Camp Unit Secretary  The Unit Secretary performs clerical and administrative duties, to include the preparation of release paperwork. At Danbury Federal

Prison Camp, Mr. Clark also had the responsibility of locating First Step Act Time Credits to coordinate release paperwork.

II.    **Basis for Jurisdiction** Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.

A.   Basis for Jurisdiction Is a Federal Question
(a).  Illegal strip searches (b). Denied Due Process (c). Retaliation (d).  Deliberate Indifference (e).  Cruel and Unusual Punishment (f).  Denied Civil Rights

## III.    Statement of Claim

On July 1, 2024 female at Danbury Federal Camp were "caught" with contraband and as a result they were sent to Segregated Housing Unit (SHU) in Massachusetts. July 2, 2024 All females at Danbury Federal Camp were sent to the Old Visiting Room.  Male Officers were sent to the dorms and searched the facility, dorms, lockers, beds, mattresses, bathrooms walls, vents.  They were looking for contraband.

Female inmates were sent to various bathrooms.  Bathrooms had stalls and at each stall there was a female officer standing outside each stall.  Some bathrooms had 4 stalls, so as a stall became empty, we were directed to that empty cell.  We had to walk by open cells where other female inmates were in the process of disrobing and or were naked and going through orders to do various stages of inspection of female bodies and genitals.
 We, female inmates were instructed by an officer at the stalls to "strip".  We were instructed to remove all of our clothing.  We were then given the following directions:  Look at the officer, turn your head to the right, then to the left, open your mouth, stick out your tongue, lift your tongue to the roof of your mouth.  We then were instructed to show our hands, spread our fingers turn the hands up and down palm up palm down.  Turn around:  Face the wall, raise one leg up so they could inspect the foot, right foot then left foot.  With both feet on the floor, I was instructed to stand erect and now squat, cough, and then bend at the waist.  Spread my buttocks and cough.
One hundred plus (100+) females were subjected to the above process.  As far as I know no one had contraband on their person.  As far as I know they never found contraband in my locker, bedding, and or my living area.  As far as I know no one was

removed that day from Danbury Federal Prison Camp because they had, concealed or hid contraband at the Camp.  We were never told what they were looking for or if they ever found contraband.

—-—- also LIEUTENANT FOICEY stated the following day she will visit the camp that-she hates -every day and search until she finds what she is looking for.


* Not to mention mirrors on the walls also allowed the males to see us women naked.

* We had to expose our naked bodies in front of authorities, that are assigned for female AIC to reach for mental support, educational teachings, and programming in group settings.

     - All assigned groups require participation along with personal conversation, that relate to use of drugs, abuse etc.

     - one on one counseling allows one to be open minded and anticipate confidentiality will not be broken, yet woman were told to strip in front of these authorities.

 - no contraband was found ever in the multiple searches that were conducted twice a month, this continued, even after the massive strip/facility search was already conducted.   The inmates that caused this incident (during all these times and reason for massive search) were all taken to the SHU the day before the massive strip search. Search was conducted day later and thereafter.


These same inmates that caused this incident did not lose First Step Act Time Credit

These same inmates that caused this incident did not have any repercussions form their actions.

These same inmates that caused the incident- massive strip searches- were never formally charged due to the fact that security at Danbury Federal Camp did not follow policy and procedure on how to serve an inmate so charges were dropped. When they were served the charges, it was past the statue of limitations per BOP policy.

These same inmates that caused –the massive strip searches were returned to the Camp after spending only minimum time in the SHU.

These same inmates thought that once they re-showed at camp that all of us were going to welcome them back with open arms.

To me this was

- mentally straining, draining, I was angry at these retuned inmates.  I felt humiliated intimidated when I did absolutely nothing wrong but comply with BOP rules. I felt truly naked, exposed like I was not even human.  I felt dirty, like I was nothing.  We were always being told that we were the "Property of Bureau of Prisons "and that they "had the right to do anything that they wanted to us" and there was "nothing that we could do to stop them".  This became real to me.   Due to the fact that I had my, area destroyed, I had missing paperwork, I had missing commissary, beds taken from those

that have medical conditions/ with medical clearance posted on bunk, medication missing, and taken that one's need on a daily and cannot recover.

———- also, Lieutenant Foicey stated the following day she will visit the camp --that she hates--every day and that she would continue to search until she finds what she is looking for.  AND we never knew what she was looking for.

Defendants are directly responsible for violating my rights:

Warden had the authority to implement the overtime of staff and authorize the search and deny us due process individually.

DR. AMUNDSON, was on campus this day and SHE --had the authority as being an advocate for inmate's rights and grievance process --to stop this illegal strip and searches based on the fact that we were denied due process.

S. Moore is Camp Administrator as well as Executive Assistant Satellite Operators Administrator.  As administrator of the camp and being on campus on the day of the strip searches and denying due process denied me my civil rights.  She had the authority to stop us being violated ie being stripped searched.

Lieutenant Foisey did not have the authority to hire various staff to complete these searches.  She is the Lieutenant for the Camp.  She stated to us that if she had to do this daily, she would do this until we fully cooperated and told her who/what/when/where was bringing in the contraband.  She did not want to come to the camp daily to do her job.  She was the cause of these searches.  She was the one that obtained the authority to return and forces all of us remaining at the Camp to be stripped searched when in fact she did not find any contraband on us.

Mr. Messioner Supervisor Mailroom and Mailroom staff .  My legal mail was opened and delayed.  My legal mail was sent through general mail and time frames were affected by delays.

Mr. Ramos, Case Manager Case Managers (**Correctional Treatment Specialists**) delayed my FSATC to allow me to go to halfway house according to law.

Mr. Clark FSL/Camp Unit Secretary -Even while I was at the halfway house I kept calling Mr. Clark to correct my FSATC.  I had my social worker at the halfway house call.

IV.    Relief

The Emotional, Mental, as well as physical stress placed on Petitioner was tremendous. At times I felt like I could not continue.  The deplorable conditions I had to endure, the abuse of power directed at petitioner, as well as emotionally humiliated, dehumanization demoralizing comments.  Petitioner was there to do her time.  She did not violate any/all policy and or procedures of the facility.  I worked, took courses, earned FSATC.   Injunctive Relief needs to be implemented against Danbury Federal Prison Camp for denying everyone their Rights.

- Petitioner is requesting 5.3 million dollars for the following:

- Compensatory damages: awarded to the plaintiff to compensate for injury or other incurred losses

- General damages: awarded to compensate for non-monetary losses such as pain and suffering

- Punitive damages: awarded to punish the defendant for their wrongful or negligent actions.

- Nominal damages: awarded when the plaintiff has suffered no actual loss but has had their rights violated

- Consequential damages: awarded to compensate for indirect losses that result from the defendant's actions

This complaint is being filed under:

-First Amendment
-Eight Amendment
-Fourteenth Amendment
-Cruel and Unusual Punishment
-Denied Access to the Courts
-Deliberate Indifference-

Respectfully Submitted

*[signature]*

2/15/2025

 **National Criminal Justice Association**

**Correctional Lieutenant Overview**

A Correctional Lieutenant is a highly skilled and trained professional who is responsible for overseeing the day-to-day operations of a correctional facility. This individual is in charge of managing the staff and ensuring the safety and security of the inmates, while also ensuring that the facility is operating in compliance with all state and federal regulations. The Correctional Lieutenant is responsible for the overall management of the facility, including the supervision of security personnel, the development and implementation of policies and procedures, and the coordination of programs and services for inmates. In addition to the management and supervision of staff, the Correctional Lieutenant is also responsible for budgeting and financial management, as well as the development and implementation of programs and services for inmates. The Correctional Lieutenant is a key member of the correctional team, and plays a vital role in ensuring the safety and security of the facility, as well as the rehabilitation and reintegration of inmates back into society.

What Does A Correctional Lieutenant Do?

A Correctional Lieutenant is responsible for overseeing the day-to-day operations of a correctional facility. This includes managing the staff, ensuring the safety and security of inmates, and ensuring the facility is operating in compliance with all state and federal regulations. The Correctional Lieutenant is responsible for the overall management of the facility and plays a key role in ensuring the safety and security of the facility, as well as the rehabilitation and reintegration of inmates back into society.

How To Become A Correctional Lieutenant?

To become a Correctional Lieutenant, individuals typically need to have a bachelor's degree in criminal justice or a related field, and have several years of experience working in a correctional facility, usually as

a correctional officer.
Correctional Lieutenant Career Paths

A career path for a Correctional Lieutenant typically includes advancement to higher level management positions within the correctional system, such as a facility administrator or regional director. In addition, some Correctional Lieutenants may choose to continue their education and pursue a career in law enforcement or criminal justice administration at the state or federal level.

MR. Ramos

Job Description and Salary Data for Correctional Treatment Specialists

According to a 2011 report conducted by the Pew Charitable Trusts, recidivism rates continue to remain a hot button topic across the country, as states struggle to successfully release offenders back into the community.

The report, entitled "State of Recidivism: The Revolving Door of America's Prisons," revealed that more than four in ten offenders return to state prison within three years of their release, even as states spend more than $50 billion each year on corrections.

Correctional treatment specialists, often called case managers, are the professionals who are charged with counseling inmates before their probation, parole or release. They therefore play an important role in curbing recidivism, as it is through their counsel and advice that inmates are released into society.

Correctional Treatment Specialist Job Description

Correctional treatment specialists work alongside a department's probation and parole officers to provide inmates with counseling, education, and employment plans as to successfully reintegrate back into society once released.

Correctional treatment specialists prepare reports of their meetings, and these reports are often used to determine whether an inmate receives parole or probation. Reports often include plans of actions for an inmate's reintroduction to society.

Correctional treatment specialists most often work in correctional institutions, although some work with parole officers in the field. A correctional treatment specialist's counseling work often involves counseling related to sexual abuse, anger management, or drug abuse.

The typical job duties of correctional treatment specialists include:

- Consulting with probation or parole officers to observe an inmate's behavior and willingness to adhere to the conditions of probation or parole

- Interviewing inmates and consulting with correctional officers, supervisory personnel, and clinical psychologists to evaluate an inmate's behavioral and social progress

- Studying inmates' past behavior, behavior while incarcerated, and psychological issues and writing case plans used in parole hearings or for referral to counseling or other therapies

- Helping soon-to-be-released inmates acquire jobs skills, find employment, or enroll in educational programs

Differences between Correctional Treatment Specialists and Probation/Parole Officers

Although, at first glance, the duties of correctional treatment specialists seem similar to probation or parole officers, their work is rather different. They are the professionals who bridge justice departments

and social services systems, helping convicted criminals reintegrate into society through courses of action and/or treatment plans.

FIND SCHOOLS

Sponsored Content

They work in an advisory capacity and, through counseling, gauge the needs of inmates and develop a plan that the inmates follow while incarcerated and throughout their probation, parole or release. Probation and parole officers work alongside correctional treatment specialists to ensure that the plans are being followed and that the offender remains compliant with court-ordered probation or parole.

Requirements for Correctional Treatment Specialist Careers

The most common course of study for correctional treatment specialists is a bachelor's degree in one of the social or behavioral sciences, such as sociology, social work, psychology, or criminology. However, many departments accept correctional treatment specialists with bachelor's degrees in other areas, provided they can show proof of related coursework in the behavioral or social sciences.

Candidates for correctional treatment specialist positions within the Federal Bureau of Prisons must, at a minimum, possess a four-year degree that includes at least 24 hours in the behavioral sciences or social sciences.

Correctional treatment specialists desiring advancement in the profession often go on to achieve masters or doctoral degrees in such fields as criminology, psychology, or law.

Professional Certification Opportunities for Correctional Treatment Specialists

Although there is no mandatory professional certification required for correctional treatment specialists, many of these professionals achieve professional certification through the Commission on Rehabilitation Counselor Certification (CRCC). Through certification individuals may receive the designation of Certified Rehabilitation Counselor (CRC) or the Canadian Certified Rehabilitation Counselor (CCRC)

Individuals must possess a master's degree in rehabilitation counseling or a related field to qualify to take the exam and become certified.

Salary and Employment Statistics for Correctional Treatment Specialists

According to the Bureau of Labor Statistics, as of May 2012 there were 86,780 correctional treatment specialists employed in the United States. The median annual wage during this time was $48,190, with the top 10 percent earning more than $83,410.

FIND SCHOOLS

Sponsored Content

Industries with the highest level of employment for correctional treatment specialists were:

- State Government (OES Designation)
- Local Government (OES Designation)

- Individual and Family Services

- Facilities Support Services

- Vocational Rehabilitation Services

Recent job postings for BOP correctional treatment specialists showed the salary range for this position ranging from $45,940 to $118,481. A recent job in Virginia showed the salary range for correctional treatment specialists to be between $31,352 and $64,347.

Resources for Correctional Treatment Specialists

- Commission on Rehabilitation Counselor Certification

- American Correctional Association

Back to Top

Correctional Treatment Specialist Jobs and Salary

©2025 https://www.correctionalofficeredu.org All Rights Reserved.

# INMATE
# ADMISSION & ORIENTATION
# HANDBOOK



UPDATED: July 23, 2021

2

**Introduction**

The purpose of this handbook is to provide arriving inmates with information regarding the Bureau of Prisons (BOP), its programs, and the rules and regulations. It is not a specific guide to the detailed policies of the BOP. Rather, the material in this handbook will help new inmates more quickly understand what they will be encountering when they enter prison, and hopefully assist them in their initial adjustment to incarceration.

## INTAKE, CLASSIFICATION AND THE UNIT TEAM

**Orientation**

Inmates are given a social screening by Unit Management staff and medical screening by Health Services and Mental Health staff at the time of arrival. Inmates are immediately provided with a copy of the institution rules and regulations, which include information on inmate rights and responsibilities. It also includes information on sexual assault and abuse.

Within 28 days of arrival, inmates will participate in the Admission and Orientation (A&O) Program. While in A&O, inmates are advised of the programs, services, policies and procedures regarding the facility.

**All pretrial, hold-overs, and in transit inmates are initially assigned to the intake housing unit for completion of their medical screening. Within 24-48 hours, inmates are assigned to a regular general population housing unit, and will receive an orientation from unit team staff.**

**Classification Teams (Unit Teams)**

Each inmate is assigned to a housing unit. A unit is a self-contained inmate living area that includes both housing sections and office space for unit staff. Each unit is staffed by a Unit Team directly responsible for the inmates living in the unit. The unit offices are located in the units so staff and inmates can be accessible to each other. The unit staff typically includes a Unit Manager, Case Manager, Correctional Counselor, and Unit Secretary. The Staff Psychologist, Education Advisor and Unit Officer are considered members of the Unit Team and provide input for classification purposes.

Inmates are assigned to a specific Unit Team. Generally, the resolution of issues or matters of interest while at the institution are most appropriately initiated with the Unit Team. Unit Team members are available to assist in many areas, including parole matters, release planning, personal and family problems, counseling and assistance in setting and attaining goals while in prison. Ordinarily, a member of the unit staff will be at the institution from 7:30 a.m. to 7:00 p.m., and during the day on weekends and holidays.

## GENERAL FUNCTIONS OF UNIT STAFF

**Unit Manager:** The Unit Manager is the administrative head of the general unit and oversees all unit programs and activities. The Unit Manager is the Chairperson of the team which comprises the Case Manager, Correctional Counselor, with input from Education and Psychology staff. The Unit Manager reviews team decisions and may chair the Unit Discipline Committee (UDC), which is a body that hears disciplinary infractions. The Unit Manager is ordinarily present during initial classification and subsequent program review(s) in which RRC placement is discussed.

**Case Manager:** The Case Manager is responsible for all casework services and prepares classification material, progress reports, release plans, correspondence, and other materials relating to the inmate's commitment. The Case Manager serves as a liaison between the inmate, the administration, and the community.

**Correctional Counselor:** The Counselor provides counseling and guidance for the inmates of the unit in areas of institutional adjustment, personal difficulties, and plans for the future. He or she plays a leading role in segments of unit programs relating to inmate activities. The Unit Counselor may conduct counseling groups for inmates in his/her unit

and/or groups open to the general population.

**Unit Secretary:** The Unit Secretary performs clerical and administrative duties, to include the preparation of release paperwork.

**Unit Officer:** The Unit Officers have direct responsibility for the daily supervision of inmates and the enforcement of rules and regulations. They have safety, security, and sanitation responsibilities in the unit. Unit Officers are in regular contact with inmates in units and are encouraged to establish professional relationships with them, as long as such interaction does not interfere with their primary duties. Unit Officers control movement in and out of the unit and conduct regular searches for contraband.

**Communications**
Normally, a unit staff member is available each day of the week and most evenings until 7:00 p.m. The unit bulletin boards and the TRULINCS system contain written communication of interest to inmates. Unit Managers may utilize monthly Town Hall meetings to dispense information and foster improved communications. Unit team members will utilize either open house hours or an open door policy to address inmate concerns. Inmates are also encouraged to use Inmate Requests to Staff to make requests in writing.

**Initial Classification/Program Reviews**
Inmates initially designated to the institution will receive initial classification within 28 days of arrival. Unit, Education, and Psychology staff will assess each inmate and work with them to develop an individual plan which will address skill deficits that may deter successful reentry into the community.

Subsequent program reviews will be held every 90 to 180 days, depending upon release date. These are held by the Unit Team to review progress on programming goals, work assignments, transfers, custody/security level, institutional adjustment, etc. The inmate may not waive appearance with the Unit Team. **Pretrial Inmates-Within 21 days of a pretrial inmate's arrival, the unit team will conduct an inmate classification review. Subsequent reviews will be conducted every 90 days until an inmate's status changes to hold-over.**

**Reentry Pre-Release Programming**
Release preparation begins on the first day of incarceration. The BOP's reentry strategy provides inmates with the opportunity to gain the necessary skills and resources to succeed upon release. Through coordinated efforts among the departments in the institution and collaboration with other agencies, a wide array of programs and activities are offered to better inmates' chances of a successful reentry upon release.

It is imperative at initial classification (Team) that inmates are open and honest when answering questions to allow the team to accurately identify needs and make appropriate program recommendations to improve inmates' chances of a successful reentry. Each time an inmate goes to team, he or she will receive a progress update and new recommendations as warranted. Contributors and programming recommendations include Education, Health Services, Psychology, Unit Team, Recreation, Religious Services, the inmate's Work Detail Supervisor, and the inmate. Inmates are strongly encouraged to take advantage of the program recommendations.

Additionally, to make the transition back to the community go as smoothly as possible, inmates should obtain at least two forms of identification to include a social security card. Inmates may also be eligible for some benefits upon release (e.g., social security disability, veteran's, Medicare, etc.) to make the transition easier. Staff may be able to provide you with information concerning benefits so that you may determine your eligibility and begin the application process, if applicable, prior to release. Lastly, the Career Resource Center, normally located in the Education Department, can also provide you with pre and post release programming and education ideas, potential employment and housing information, as well as potential benefits information.

**Town Hall Meetings**
Town Hall meetings are held to make announcements and to discuss changes in the policy and procedures of the unit. Inmates are encouraged to ask pertinent questions of the staff

11

## SECURITY PROCEDURES

### Attire
Inmates will be in the proper uniform which shall be properly buttoned (Brown jumpsuits for male pre-trial. Green pants and green shirt for Cadre inmates, and khaki shirt and khaki pants for pre-trial females) Monday thru Friday, between 7:30 a.m. and 3:30 p.m. The two piece uniform will be maintained in a neat and professional manner, with shirt tucked in and pants around the waist line. Other than approved religious headgear, hats will not be worn while indoors.

### Inmate Identification Cards
Inmates are required to have their identification cards at all times upon departing their assigned cell. Inmates will be issued an identification card upon arrival at the institution. Inmates are responsible for the care of these cards. Lost, stolen, or damaged cards must be replaced.

### Counts
Each institution will conduct, at a minimum, five official inmate counts during every 24-hour period. On weekends and holidays, an additional count will be conducted at 10:00 a.m. The inmate is expected to be standing at bedside during official counts held at 4:00 p.m. and 9:30 p.m., on weekdays and 10:00 a.m., 4:00 p.m., and 9:30 p.m. on weekends and holidays, and during any emergency count. Institutions with secure cell space are required to lock the inmates in their cells for all official counts, unless the inmates are on out-counts in areas such as Food Service, Health Services, Visiting, etc. Disciplinary action will also be taken against inmates for leaving an assigned area before the count is clear. The inmate must actually be seen at all counts, even if the inmate must be awakened.

### Call-Outs
Call-outs are a scheduling system for appointments (which include medical, dental, educational, team meetings and other activities) and are posted each day on the unit bulletin boards before 6:00 a.m., on the day preceding the appointment. It is the inmate's responsibility to check for appointments on a daily basis.

### Contraband
Items possessed by an inmate ordinarily are not considered to be contraband if the inmate was authorized to retain the item upon admission to the institution, the item was issued by authorized staff, purchased by the inmate from the commissary, purchased or received through approved channels (to include approved for receipt by an authorized staff member or authorized by institution guidelines; furthermore, any authorized items may become contraband if amount exceeds the authorized limit. This ensures a safe environment for staff and inmates by reducing fire hazards, security risks, and sanitation problems which relate to inmate personal property. Contraband includes material prohibited by law, or by regulation, or material which can reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the institution.

Items other than hard contraband will be considered nuisance contraband, items which have never been authorized within the institution, items will be prohibited when it presents a threat to security or its condition or excessive quantities of it present a health, fire, or housekeeping hazard. Examples of nuisance contraband include: personal property no longer permitted for admission to the institution or permitted for sale in the commissary; altered personal property; excessive accumulation of commissary, newspapers, letters, or magazines which cannot be stored neatly and safely in the designated area; food items which are spoiled or retained beyond the point of safe consumption; government-issued items which have been altered, or other items made from government property without staff authorization.

Staff shall seize any item in the institution which has been identified as contraband whether the item is found in the physical possession of an inmate, in an inmate's living quarters, or in common areas of the institution. An inmate may not purchase, give, or receive any personal property from another inmate.

Staff shall return to the institution's issuing authority any item of government property seized as contraband.

12

Items of personal property confiscated by staff as contraband are to be inventoried and stored pending identification of the true owner (if in question) and possible disciplinary action. Staff will then provide you with a copy of the inventory as soon as practicable.

**Shakedowns**
Metal detection devices may be placed strategically throughout the institution to aid in the control of contraband. A metal detector search may be done in addition to the pat search. Staff may conduct a pat search of an inmate on a routine or random basis to control contraband. Staff may also conduct a visual search where there is reasonable belief that contraband may be concealed on your person or a good opportunity for concealment has occurred. Finally, staff may search an inmate's housing and work area, and personal items contained within those areas, without notice, randomly, and without the inmate's presence. The property and living area will be left as close to the same conditions as found.

**Drug Surveillance / Alcohol Detection**
BOP facilities operate drug surveillance and alcohol detection programs which include mandatory random testing, as well as testing of certain other categories of inmates. A positive test, or refusal to submit a test, will result in an incident report.

**Fire Prevention and Control**
Fire prevention and safety are everyone's responsibility. Inmates are required to report fires to the nearest staff member so property and lives can be protected. Piles of trash or rags in closed areas, combustible material, items hanging from fixtures or electrical receptacles, or other hazards will not be tolerated. Anyone observed using and/or tampering with any firefighting equipment (i.e., fire extinguishers, fire suppressant systems) for any reason other than its intended use, shall be subject to disciplinary action. Regular fire inspections are made by qualified professionals. Fire drills are conducted quarterly (once every 3 months). In the event of a fire emergency, all building occupants shall follow the direction of a staff member.

## PROGRAMS AND SERVICES

**Job Assignments**
Designated inmates, who have been medically cleared, will maintain a regular job assignment. Many job assignments are controlled through an Inmate Performance Pay (IPP) system, which provides monetary payment for work. Unit staff assign work and approve all job changes. They also see the changes are posted on the Daily Change Sheet.

Institutional maintenance jobs are usually the first assignment an inmate receives. This might include work in Food Service, as a unit orderly, or in a maintenance shop.

Prior to starting your new work assignment your work supervisor will provide you "Initial Job Orientation Training." The orientation will inform you of your responsibilities regarding safe work practices and a variety of other safety related topics to provide you with the knowledge you need to work safely at your assigned work station. Your work supervisor is responsible for selecting and providing you with the appropriate personal protective equipment (i.e., respirator, eye goggles, gloves, etc.) If the personal protective equipment (eye goggles, face mask, etc.) you are provided does not fit properly, it is your responsibility to inform your supervisor, so that he/she can provide you with the size you need.

The use of personal protective equipment (PPE) is not optional. You must wear the equipment whenever performing a job that requires its use. In addition, if you are injured due to not wearing the PPE provided to you, your Workers Compensation benefits could be forfeited.

**Inmate Financial Responsibility Program**
Working closely with the Administrative Office of the Courts and the Department of Justice, the BOP administers a systematic payment program for court-imposed fines, fees, and costs. All designated inmates are required to develop a financial plan to meet their

If the inmate is not satisfied with the Regional Director's response, he may appeal to the General Counsel in the Central Office. The national appeal must be made on the Central Office Administrative Remedy Appeal (form BP-231), commonly referred to as a BP-11, and must have the appropriate number of copies of the BP-9, BP-10, both responses, and any exhibits. The national appeal must be answered within forty (40) calendar days, but the time limit may be extended an additional twenty (20) days. The inmate will be notified of the extension.

When filing a Request for Administrative Remedy or an Appeal (BP-9, BP-10, or BP-11), the form should contain the following information:

- Statement of Facts
- Grounds for Relief
- Relief Requested

**Sensitive Complaints**
If an inmate believes a complaint is of a sensitive nature and he would be adversely affected if the complaint became known to the institution, he may file the complaint directly to the Regional Director. The inmate must explain, in writing, the reason for not filing the complaint with the institution. If the Regional Director agrees the complaint is sensitive, it shall be accepted and a response to the complaint will be processed. If the Regional Director does not agree the complaint is sensitive, the inmate will be advised in writing of that determination and the complaint will be returned. The inmate may then pursue the matter by filing a BP-9 at the institution.

**General Information**
When a complaint is determined to be of an emergency and threatens the inmate's immediate health or welfare, the reply must be made as soon as possible, usually within seventy-two (72) hours from the receipt of the complaint.

For detailed instructions see Program Statement 1330.16, <u>Administrative Remedy Program</u>.

**DISCIPLINARY PROCEDURES**

Inappropriate sexual behavior towards staff and other inmates will not be tolerated. Inappropriate sexual behavior is defined as verbal or physical conduct perceived as a sexual proposal, act, or threat. Examples of inappropriate inmate sexual behavior include: displaying sexually explicit materials; making sexually suggestive jokes, comments, proposals, and gestures; and engaging in stalking, indecent exposure, masturbation, or physical contact. Inmates who engage in this type of behavior will be disciplined and sanctioned accordingly, through the inmate discipline process.

**Discipline**
The inmate discipline program helps ensure the safety, security, and orderly operation for all inmates. Violations of BOP rules and regulations are handled by the Unit Discipline Committee (UDC) and, for more serious violations, the Disciplinary Hearing Officer (DHO). Upon arrival at an institution, inmates are advised of the rules and regulations and are provided with copies of the Prohibited Acts and Available Sanctions, as well as local regulations.

**Inmate Discipline Information**
When a staff member witnesses or reasonably believes an inmate has committed a prohibited act, a staff member will issue an incident report, a written copy of the charges against an inmate. The incident report will ordinarily be delivered to the inmate within 24 hours of the time staff became aware of the inmate's involvement in the incident. If the incident is referred for prosecution, the incident report is delivered by the end of the next work day after it has been released for administrative processing. An informal resolution of the incident may be attempted at any stage of the discipline process. If an informal resolution is accomplished, the incident report will be removed from the inmate's central file. Informal resolution is encouraged for all violations in the Moderate and Low severity categories. Staff may suspend disciplinary proceedings up to two calendar weeks while informal resolution is undertaken. If an informal resolution is not accomplished, staff will reinstate the discipline process at the stage at which they were

suspended. Violations in the Greatest and High severity categories cannot be informally resolved and must be forwarded to the DHO for final disposition.

**Initial Hearing**
Inmates will ordinarily be given an initial hearing within five (5) work days after the incident report is issued, excluding the day it was issued, weekends, and holidays. The Warden must approve, in writing, any extension over five (5) days. The inmate is entitled to be present at the initial hearing and may make statements and present documentary evidence. The UDC must give its decision in writing to the inmate by the close of the next work day. The UDC may make findings on Moderate and Low severity offenses. The UDC will automatically refer Greatest and High severity offenses to the DHO for final disposition.

**Discipline Hearing Officer (DHO)**
The Disciplinary Hearing Officer (DHO) conducts disciplinary hearings on all Greatest and High severity prohibited acts and other violations referred by the UDC at the Moderate and Low severity levels. The DHO may not hear any case not referred by the UDC. An inmate will be provided with advance written notice of the charge(s) not less than 24 hours before the inmate's appearance before the DHO. Inmates may waive this requirement. Inmates may appear before the DHO either in person or electronically (for example, by video or telephone conferencing). The Warden provides a full-time staff member to represent an inmate, if requested. An inmate may make statements and present documentary evidence on his or her behalf. The inmate may request witnesses appear at the DHO hearing to provide statements. The DHO will call witnesses who have information directly relevant to the charge(s) and are reasonably available. The DHO will request a statement from all unavailable witnesses whose testimony is deemed relevant. Inmates may not question a witness at the hearing; however, the staff representative and/or the DHO will question the witness(es). An inmate may submit a list of questions for the witness(es) to the DHO if there is no staff representative. An inmate has the right to be present throughout the DHO hearing, except during deliberations. The inmate charged may be excluded during appearances of outside witnesses or when institution security may be jeopardized. The DHO may postpone or continue a hearing for good cause or disposition when the case does not warrant DHO involvement, or may refer an incident report back for further investigation or review. The DHO will give the inmate a written copy of the decision and disposition, ordinarily within 15 days of the decision.

**Appeals of Disciplinary Actions**
Appeals of all disciplinary actions may be made through the Administrative Remedy Program. The initial reviewing official for the UDC is the Warden. The decision of the DHO is final and subject to review only by the Regional Director through the Administrative Remedy program. Appeals are made to the Regional Director (BP-230) and the General Counsel (BP-231). On appeal, the reviewing authority (Warden, Regional Director, or General Counsel) considers:

- Whether the UDC or DHO substantially complied with regulations on inmate discipline.
- Whether the UDC or DHO based its decision on facts. If there is conflicting evidence, whether the decision was based on the greater weight of the evidence.
- Whether an appropriate sanction was imposed for the severity level of the prohibited act, and other relevant circumstances.

**Special Housing Unit Status**
Special Housing Units (SHUs) are housing units in BOP institutions where inmates are securely separated from the general inmate population, and may be housed either alone or with other inmates. SHU helps ensure the safety, security, and orderly operation of correctional facilities, and protect the public by providing alternative housing assignments for inmates removed from the general population.

When placed in the SHU, you are either in administrative detention (A/D) status or disciplinary segregation (D/S) status.

Administrative detention (A/D) status: A/D is an administrative status which removes you from the general population when necessary to ensure the safety, security, and orderly