UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

APR 23 2025 AM9:41
FILED-USDC-CT-HARTFORD

Case No. 3:25-cv-00337-SVN

Chrissie LaForge,

Plaintiff,


v.


Bureau of Prisons, John Doe 1, John Doe 2, Jane Doe,

Defendants.

AMENDED COMPLAINT

I. INTRODUCTION

Plaintiff Chrissie LaForge, acting pro se, brings this civil rights action for violations committed by staff at FCI Danbury during her incarceration, including but not limited to a mass strip search and interference with mailroom communications. Due to incarceration, Plaintiff was unable to identify individual staff by full name.

II. PARTIES

1. Plaintiff Chrissie LaForge was an inmate at FCI Danbury during the relevant time.

2. Defendant Bureau of Prisons is responsible for federal prison operations.

3. Defendant John Doe 1 is a staff member who conducted or oversaw mailroom operations.

4. Defendant John Doe 2 is a staff member who participated in the strip search.

5. Defendant Jane Doe is a female officer present during the search or related incidents.

III. CLAIMS

Plaintiff asserts that her constitutional rights under the First, Fourth, Fifth, and Eighth Amendments were violated through unlawful search procedures, retaliation, denial of communication, and cruel and unusual punishment.

IV. RELIEF REQUESTED

Plaintiff requests the following relief:

- Compensatory and punitive damages;

- Declaratory relief stating her rights were violated;

- Injunctive relief to prevent future harm;

- Any other relief the Court deems just and proper.


Respectfully submitted,

Chrissie LaForge

Chrissie LaForge

36 Cook St.

Winsted, CT 06098

860-618-8964

chrissielaforge25@gmail.com

Pro Se Plaintiff