**Second Amended Complaint**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAY 29 2025 AM 11:48
FILED-USDC-CT-NEW HAVEN

CHRISSIE LAFORGE,

Plaintiff,

v.

BUREAU OF PRISONS, MS. FLOWERS (Warden), MS. HERR (Mailroom Staff), FOICEY,

MISSIONIER, S. MOORE, RAMOS, AMUNDSON, CLARK, and other unidentified staff,

Defendants.

Case No. 3:25-cv-00337-SVN

SECOND AMENDED COMPLAINT

(Jury Trial Demanded)

I. INTRODUCTION

Plaintiff Chrissie LaForge, proceeding pro se, brings this action under Bivens v. Six Unknown

Named Agents, 403 U.S. 388 (1971), for violations of her constitutional rights while incarcerated at

FCI Danbury.

II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. 1331 and Bivens, as the claims arise under the

Constitution of the United States. Venue is proper in the District of Connecticut because the events

**Second Amended Complaint**

occurred at FCI Danbury.

III. PARTIES

- Plaintiff: Chrissie LaForge, former inmate at FCI Danbury.

- Defendants:

  - Ms. Flowers, Warden of FCI Danbury

  - Ms. Herr, Mailroom Staff

  - Foicey, staff involved in strip search

  - Missionier, staff involved in strip search

  - S. Moore, staff involved in strip search

  - Ramos, staff involved in strip search

  - Amundson, staff involved in strip search

  - Clark, staff involved in strip search

  - Additional unknown staff ("John Does") involved in the violations

IV. FACTUAL ALLEGATIONS

On or around February 27, 2023, a mass strip search was ordered at FCI Danbury involving a large number of female inmates.

- Inmates were made to strip completely naked in a group setting, exposing them to other inmates and staff.

- The environment was cold, humiliating, and lacked any privacy, violating the Plaintiff's Fourth Amendment rights against unreasonable searches.

- Plaintiff was forced to squat and cough multiple times, in front of others, and was given no valid reason for the search.

## Second Amended Complaint

- Plaintiff was told to remove a sanitary napkin while menstruating, adding to the shame and trauma.

Additionally, Plaintiff filed grievances and administrative remedies regarding the strip search and about interference with her mail. In retaliation:

- Mailroom staff, including Ms. Herr, began to withhold or delay delivery of legal mail, including time-sensitive filings.

- Plaintiffs outgoing mail was rejected or returned, without explanation, preventing her from accessing the courts in violation of her First Amendment rights.

Plaintiff suffered emotional distress, embarrassment, and trauma from these violations.

## V. CLAIMS FOR RELIEF

Claim 1: Violation of Fourth Amendment

Defendants subjected Plaintiff to an unreasonable and degrading strip search.

Claim 2: Violation of First Amendment  Mail Interference

Mailroom staff interfered with Plaintiffs access to legal mail, obstructing her right to petition the government.

Claim 3: Retaliation for Grievances

Plaintiff was retaliated against for exercising her right to file grievances about staff misconduct.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests:

## Second Amended Complaint

1. Compensatory and punitive damages against each Defendant;

2. A declaration that her constitutional rights were violated;

3. Any further relief the Court deems just and proper.

Respectfully submitted,

Chrissie LaForge

36 Cook St

Winsted, CT 06098

860-618-8964

chrissielaforge25@gmail.com

May 27. 2025